UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN L. ROSEMAN,

    Plaintiff,

v.

Case Number 18-13042
Honorable David M. Lawson
Magistrate Judge David R. Grand

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA (UAW), FCA US, LLC,
UAW LOCAL 1700, and UAW LOCAL 140,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING MOTIONS AS MOOT

Presently before the Court is the report issued on January 29, 2019 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the parties' earlier filed dispositive motions as moot, because the magistrate judge recently issued an order granting the plaintiff's motion for leave to file an amended complaint. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 52) is **ADOPTED**, and the parties' pending dispositive motions (ECF No. 25, 26, 36, 48) are

**DISMISSED** as moot, without prejudice to the parties' rights to seek further relief at an appropriate time.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Date:   February 21, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 21, 2019.

s/Susan K. Pinkowski  
SUSAN K. PINKOWSKI

---