UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN L. ROSEMAN,

                Plaintiff,

v.

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA (UAW), FCA US, LLC,
UAW LOCAL 1700, and UAW LOCAL 140,

                Defendants.

_____ /

Case Number 18-13042
Honorable David M. Lawson
Magistrate Judge David R. Grand

**ORDER ADOPTING REPORT AND RECOMMENDATION,
DENYING DEFENDANT UAW'S MOTION TO DISMISS, AND
DENYING PLAINTIFF'S MOTION FOR DIRECTED VERDICT**

Presently before the Court is the report issued on June 5, 2019 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that the Court deny defendant UAW's motion to dismiss and the plaintiff's motion for a directed verdict on his claims against the union. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 66) is **ADOPTED**. The plaintiff's motion for directed verdict (ECF No. 62) and defendant UAW's motion to dismiss (ECF No. 58) are **DENIED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:   June 25, 2019

<div style="border:1px solid black; padding:10px;">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 25, 2019.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI

</div>