# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 20, 2021

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
October 26, 2021
DEBORAH S. HUNT, Clerk

Re:   John L. Roseman, Sr.
      v. International Union, United Automobile, Aerospace and
      Agricultural Implement Workers of America, et al.
      No. 21-573
      (Your No. 20-2151)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 4, 2021 and placed on the docket October 20, 2021 as No. 21-573.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst